RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org
Attorney for Kejon Ward

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        v.<br><br>KEJON WARD,<br><br>                Defendant. | Case No. 2:17-cr-00221-JAD-EJY-2<br><br>**STIPULATION TO CONTINUE MOTION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Christopher Burton, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Kejon Ward, that the Motion Hearing currently scheduled on September 17, 2020, 2020 at 11:00 a.m., be vacated and continued to a September 24, 2020 at 11:00 a.m.

This Stipulation is entered into for the following reasons:

1. Defense counsel is unavailable on September 17, 2020 and requires additional time to prepare and discuss the case with Mr. Ward.

2. The defendant is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

1    This is the first request for a continuance of the motion hearing.

2    DATED this 14th day of September 2020.

3

4    RENE L. VALLADARES  NICHOLAS A. TRUTANICH
Federal Public Defender  United States Attorney

5

6    */s/ Rebecca A. Levy*           */s/ Christopher Burton*
By_____  By_____

7    REBECCA A. LEVY  CHRISTOPHER BURTON
Assistant Federal Public Defender  Assistant United States Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KEJON WARD,<br><br>    Defendant. | Case No. 2:17-cr-00221-JAD-EJY-2<br><br>**ORDER** |

IT IS ORDERED that the Motion hearing currently scheduled for Thursday, September 17, 2020, 2020 at 11:00 a.m., be vacated and continued to **Thursday, September 24, 2020 at the hour of 1:00 p.m. in Courtroom 6B.**

DATED this 15th day of September 2020.

_____
UNITED STATES MAGISTRATE JUDGE