UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KEJON WARD,<br><br>　　　　Defendant. | Case No. 2:17-cr-00221-JAD-EJY-2<br><br>**ORDER**<br><br>ECF No. 294 |

　　　Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the sentencing hearing currently scheduled for Tuesday, December 7, 2021 at 10:00 a.m., be vacated and continued to January 11, 2022, at 2:00 p.m.

　　　DATED this 30th day of November 2021.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE