UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>KEJON WARD,<br><br>       Defendant. | Case No. 2:17-cr-00221-JAD-EJY-2<br><br>**ORDER**<br><br>ECF No. 302 |

   IT IS ORDERED that the sentencing hearing currently scheduled for Tuesday, January 11, 2022 at 2:00 p.m., be vacated and continued to February 15, 2022, at 11:00 a.m.

   DATED this 4th day of January 2022.

   _____
   UNITED STATES DISTRICT JUDGE