CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar Number 14853
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar Number 1925
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Daniel.Hollingsworth@usdoj.gov
Attorneys for the United States

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>KEJON WARD,<br><br>  Defendant. | 2:17-CR-221-JAD-EJY<br><br>**Motion to Vacate the Forfeiture Orders, ECF Nos. 282 and 298, and Order** |

The United States respectfully moves this Court to vacate the Preliminary Order of Forfeiture, ECF No. 282, and the Amended Preliminary Order of Forfeiture, ECF No. 298, and notifies this Court the government will not pursue forfeiture as shown in the Superseding Criminal Information, ECF No. 279, because the United States lacks custody of the property.

Dated: January 24, 2022.

Respectfully submitted,

CHRISTOPHER CHIOU
Acting United States Attorney

/s/ Daniel D. Hollingsworth
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

IT IS SO ORDERED:

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

DATED: 1/25/2022