UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>   v.<br><br>KEJON WARD,<br><br>             Defendant. | Case No. 2:17-cr-00221-JAD-EJY-2<br><br>**ORDER**<br><br>ECF No. 320 |

Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the sentencing hearing currently scheduled for Tuesday, February 15, 2022 at 11:00 a.m., be vacated and continued to April 19, 2022, at 11:00 a.m.

DATED this 8th day of February 2022.

_____
UNITED STATES DISTRICT JUDGE