# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff<br><br>v.<br><br>Kejon Ward,<br><br>    Defendant | Case No.: 2:17-cr-00221-JAD-EJY<br><br>**Order Striking Pro Se Motion Filed in Violation of Local Rule 11-6(a)**<br><br>ECF No. 367 |

Kejon Ward, a criminal defendant represented by counsel, has filed a pro se motion for a sentence reduction under Amendment 821.[1] Ward cannot file motions on his own behalf at this time because he is represented by counsel. As Local Rule 11-6(a) explains, "[a] party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney." Accordingly, IT IS HEREBY ORDERED that **the Clerk of Court is directed to STRIKE Ward's pro se motion [ECF No. 367]** from the docket. Defense counsel Rebecca Levy, Esq. is directed to provide a copy of this order to Ward. If Ward believes that relief is necessary, he must ask his attorney to bring a motion on his behalf.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 4, 2024

---

[1] ECF No. 367.