Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Madeline S. Lal
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Madeline_Lal@fd.org

Attorney for Kejon Ward

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Kejon Ward,<br><br>　　　　Defendant. | Case No. 2:17-cr-00221-JAD-EJY-2<br><br>**Order Granting Motion to Reconsider Order Striking Pro Se Motion for Sentence Reduction (ECF No. 370)**<br><br>ECF Nos. 367, 370, 372 |

　　　　Kejon Ward, through counsel of record, Madeline S. Lal, Assistant Federal Public Defender, files this Motion to Reconsider Order Striking Pro Se Motion for Sentence Reduction (ECF No. 370). This motion stems from the following Memorandum of Points and Authorities.

　　　　DATED this 26th day of January, 2024.

　　　　　　　　　　　　　　　　　　RENE L. VALLADARES
　　　　　　　　　　　　　　　　　　Federal Public Defender

　　　　　　　　　　　　　　　By:　*/s/ Madeline S. Lal*
　　　　　　　　　　　　　　　　　　―――――――――――――――
　　　　　　　　　　　　　　　　　　MADELINE S. LAL
　　　　　　　　　　　　　　　　　　Assistant Federal Public Defender
　　　　　　　　　　　　　　　　　　Attorney for Kejon Ward

## **MEMORANDUM OF POINTS AND AUTHORITIES**

On December 12, 2023, Mr. Ward filed a *pro se* Motion for Sentence Reduction pursuant to Amendment 821. ECF No. 367. On January 4, 2024, this Court reviewed the motion and found Mr. Ward was represented by counsel and thus may not file motions except through counsel. ECF No. 370. This Court ultimately struck the motion from the docket. *Id*.

Mr. Ward respectfully requests this Court to reconsider its Order striking his *pro se* Motion for Sentence Reduction from the docket. This Court should reconsider its decision pursuant to Amended General Order 2023-09, which states that "[i]n any case in which a defendant has filed either a letter or motion requesting relief under Amendment 821, prior to its Effective Date, the [Office of the Federal Public Defender, District of Nevada] will be alerted of that filing by the Clerk of the Court and *disposition of that filing will be stayed pending the Effective Date.*" Am. General Order 2023-09 at 2 (emphasis added) (D. Nev. Dec. 18, 2023). Undersigned counsel has been alerted to Mr. Ward's filing and is reviewing his case to determine whether he is eligible for relief under Amendment 821. Consistent with Amended General Order 2023-09, undersigned counsel will file a contested motion, a joint stipulation for a sentence reduction, or a notice of non-eligibility.

Mr. Ward requests this Court reconsider its Order and stay disposition of his *pro se* Motion for Sentence Reduction pending the effective date of Amendment 821, which is February 1, 2024.

Respectfully submitted,
RENE L. VALLADARES
Federal Public Defender

By: /s/ Madeline S. Lal

MADELINE S. LAL
Assistant Federal Public Defender
Attorney for Kejon Ward

## ORDER GRANTING MOTION TO RECONSIDER

With good cause appearing, IT IS ORDERED that the Motion to Reconsider Order Striking Pro Se Motion **[ECF No. 372] is GRANTED**, and the order striking Defendant Kejon Ward's Pro Se Motion for Sentence Reduction **[ECF No. 370] is VACATED and SET ASIDE. The Clerk of Court is directed to reactivate that motion [ECF No. 367].**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 29, 2024

3